```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 23471
   CHARLES SMITH
   CARRIE SMITH                             CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-7924    SSN XXX-XX-0644
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/13/05 and confirmed on 08/17/05.

2. The case was converted to Chapter 7 after confirmation, 01/13/2009.

3. The Debtor paid a total of $ 22885.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHRYSLER FINANCIAL SVC A | SECURED | 9542.43 | 3583.35 | 9542.43 |
| FORD MOTOR CREDIT CO | SECURED | 8750.00 | 1768.95 | 4710.69 |
| PEOPLES CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 206.78 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 115.72 | .00 | .00 |
| ALARM ONE INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 740.51 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELD | UNSECURED | 683.41 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHRYSLER FINANCIAL SVC A | UNSECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 3241.76 | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | 461.86 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1014.70 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3296.93 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 594.02 | .00 | .00 |
| FOX VALLEY LEGAL GROUP | REIMBURSEMENT | 75.00 | .00 | 75.00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 18292.43 | 875.80 | 9554.89 | .00 | 28723.12 |
| PRINCIPAL PAID | 14253.12 | 75.00 | .00 | .00 | 14328.12 |
| INTEREST PAID | 5352.30 | .00 | .00 | .00 | 5352.30 |

```
TOTAL PAID              19605.42          75.00           .00           .00     19680.42
```
The Debtor's attorney, FOX VALLEY LEGAL GROUP         , was allowed $   2500.00
and was paid $    300.00   direct and $   2200.00   through the plan.

The Trustee received $   1004.58 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/17/09                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                            PAGE   2
       CASE NO. 05 B 23471 CHARLES SMITH & CARRIE SMITH